UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HERMAN KLEID | ) | Case No. 1:12-cv-391 |
| | ) | |
| Plaintiff | ) | Judge Timothy S. Black |
| | ) | Magistrate Judge J. Gregory Wehrman |
| v. | ) | |
| | ) | STIPULATED ORDER OF DISMISSAL |
| COLLEEN F. ARNOLD, et al. | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(2) and 23.1(c), Plaintiff Herman Kleid and Nominal Defendant Cardinal Health, Inc. and Defendants Colleen F. Arnold, Calvin Darden, Richard C. Notebaert, Jean G. Spaulding, Dave Bing, R. Kelly Clark, J. Michael Losh, Michael D. O'Halleran, Robert D. Walter, George S. Barrett, Glenn A. Britt, Carrie S. Cox, Bruce L. Downey, John F. Finn, Gregory B. Kenny, David P. King, David W. Raisbeck, George H. Conrades, Philip L. Francis, John F. Havens, John B. McCoy, and Matthew D. Walter (collectively, "Defendants") hereby stipulate to dismiss this action, without prejudice, on the basis of lack of subject matter jurisdiction pursuant to 28 U.S.C. §1332(a), due to a lack of complete diversity between the parties.

Dated this 10th day of October, 2012

*Timothy S. Black*
UNITED STATES DISTRICT JUDGE

AGREED:

s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)
Goldenberg, Schneider, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
**Counsel for Plaintiff**

s/John M. Newman, Jr.
John M. Newman, Jr. (Trial Attorney)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
**Counsel for Defendants Colleen F. Arnold, George S. Barrett, Glenn A. Britt, Carrie S. Cox, Calvin Darden, Bruce L. Downey, John F. Finn, Gregory B. Kenny, David P. King, Richard C. Notebaert, David W. Raisbeck, Jean G. Spaulding, M.D., Dave Bing, R. Kerry Clark, George H. Conrades, Philip L. Francis, John F. Havens, J. Michael Losh, John B. McCoy, Michael D. O'Halleran, Matthew D. Walter, and Robert D. Walter**

s/Corey A. Goldsand
Corey A. Goldsand (Trial Attorney)
Cardinal Health, Inc
7000 Cardinal Place
Dublin, Ohio 43017
Telephone: (614) 757-5811
Facsimile: (614) 757-5051
**Counsel for Nominal Defendant Cardinal Health, Inc.**